# EXHIBIT 1

83-186728A

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
BRANCH _____

COURT I.D.: **3 7**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **EUGENE ALVIN REAMS**
AKA:
[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S):
CR 66202 - A
CR 66967 - B
- C
- D
- E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
[ ] AMENDED ABSTRACT

DATE OF HEARING (MO)(DAY)(YR): **07 20 84**
DEPT. NO.: **SUP. 10**
JUDGE: **NORBERT EHRENFREUND**
CLERK: **MARY KANEYUKI**

REPORTER: **NEIL TABAYUKI**
COUNSEL FOR PEOPLE: **LISA GUY-SCHALL**
COUNSEL FOR DEFENDANT: **ROBERT BOURNE**
PROBATION NO. OR PROBATION OFFICER: **FRED WITT**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT **1 and 2**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE CS/REFER | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | PC | 182.1/211 | CONSP. ROBBERY | 83 | 04 18 84 | X | | | M | | X | | | | | 1 | 0 |
| 2A | PC | 487.3 | GRAND THEFT AUTO | 83 | 04 13 84 | X | | | M | X | | | | | | (2) | 0 |
| 3A | PC | 487.3 | GRAND THEFT AUTO | 83 | 04 13 84 | X | | | M | | X | | | | | 0 | 8 |
| 5A | PC | 211 | ROBBERY | 83 | 04 13 84 | X | | | M | | | | | | X | | |
| 6A | VC | 10851 | AUTO THEFT | 83 | 04 13 84 | X | | | M | | | | | | X | | |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | |
| 5A | | | X | | | | | | | |
| 6A | | | X | | | | | | | |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | 0 | | |
| 667.5(b) | 0 | | |
| 667.6(b) | 0 | | |

4. OTHER ORDERS:

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | 0 | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): **6 8**
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]: **0 0**
8. TOTAL TERM IMPOSED: **8 4**

9. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

10. DATE SENTENCE PRONOUNCED: **07 20 84**
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS **363A / 337B** INCLUDING: ACTUAL LOCAL TIME **242A / 225B** LOCAL CONDUCT CREDITS **121A / 112B**
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] OTHER (SPECIFY):
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[X] CALIF. INSTITUTION FOR MEN — CHINO

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: *Mary Kaneyuki* — MARY KANEYUKI
DATE: **AUG 1 - 1984**

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290
Pen.C. 1213.5

DISTRIBUTION: PINK COPY — COURT FILE, YELLOW COPY — DEPARTMENT OF CORRECTIONS, WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.
CRC (P) M

# ABSTRACT OF JUDGMENT — COMMITMENT
## ATTACHMENT PAGE #1

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __SAN DIEGO__
BRANCH _____

COURT I.D.: 3 7

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: EUGENE ALVIN REAMS
AKA:

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S):
CR 66202 -A
CR 66967 -B
-C
-D
-E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
[ ] AMENDED ABSTRACT

DATE OF HEARING (MO)(DAY)(YR): 07 20 84

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT #2

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER #3 | 654 STAY | YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8A | PC | 211 | ROBBERY | 83 | 04 | 13 | 84 | X | | | M | | | | | | X | 1 | |
| 9A | VC | 10851 | AUTO THEFT | 83 | 04 | 13 | 84 | X | | | M | | | | | | X | | |
| 10A | PC | 664/487.3 | ATT. G.T. AUTO | 83 | 04 | 16 | 84 | X | | | M | X | | | | | | (1) | 0 |
| 11A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 16 | 84 | X | | | M | (PRINCIPAL) | | | | | | 3 | 0 |
| 12A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 16 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 13A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 16 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 14A | PC | 211 | ROBBERY | 83 | 04 | 16 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 15A | PC | 211 | ROBBERY | 83 | 04 | 16 | 84 | X | | | M | | | X | | | | 1 | 0 |
| 16A | PC | 211 | ROBBERY | 83 | 04 | 17 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 17A | PC | 211 | ROBBERY | 83 | 04 | 17 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 18A | PC | 211 | ROBBERY | 83 | 04 | 17 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 19A | PC | 211 | ROBBERY | 83 | 04 | 17 | 84 | X | | | M | X | | | | | | (3) | 0 |
| 20A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |
| 21A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |
| 22A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |

TOTAL: 4 | 0

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8A | | | | | X | | | | | sy | |
| 9A | | | | | X | | | | | sy | |
| 10A | | | | | X | | | | | sy | |
| 11A | | | | | X   X | | | | | 2 | 0 |
| 12A | | | | | X | | | | | sy | |
| 13A | | | | | X | | | | | | |
| 14A | X   X | | | | | | | | | (1) | 0 |
| 15A | X | | | | X   X | | | | | 0 | 8 |
| 16A | X   X | | | | | | | | | (1) | 0 |
| 17A | X | | | | X   X | | | | | (2) | 0 |
| 18A | X | | | | X   X | | | | | (2) | 0 sy |
| 19A | X | | | | X   X | | | | | (2) | 0 |
| 20A | | | | | X | | | | | sy | |
| 21A | | | | | X | | | | | | |
| 22A | | | | | X | | | | | sy | |

TOTAL

**3. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:** 6 | 8

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A

CRC (P) M
Pen. C. 1213.5.

DISTRIBUTION:   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

# ABSTRACT OF JUDGMENT — COMMITMENT
## ATTACHMENT PAGE #2

FORM DSL 290-A

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
**BRANCH** ____

**COURT I.D.** 3 7

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** EUGENE ALVIN REAMS
**AKA:**

[X] PRESENT
[ ] NOT PRESENT

**CASE NUMBER(S)**
CR 66202 -A
CR 66967 -B
-C
-D
-E

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
[ ] AMENDED ABSTRACT

**DATE OF HEARING** (MO) (DAY) (YR): 07 20 84

### 1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE CS-REFER #3 | 654 STAY | YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |
| 24A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |
| 25A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 17 | 84 | X | | | M | | | | | | X | | |
| 26A | PC | 245(a)(2) | ASSLT W/FIREARM | 83 | 04 | 18 | 84 | X | | | M | | | | | | X | | |
| 27A | PC | 459 | BURGLARY | 83 | 04 | 18 | 84 | X | | | M | | | | | | X | | |
| 2B | VC | 10851 | AUTO THEFT | 83 | 05 | 07 | 84 | | X | | M | X | | | | | | (2) | 0 |
| 17B | VC | 10851 | AUTO THEFT | 83 | 05 | 07 | 84 | | X | | M | X | | | | | | (2) | 0 |
| 20B | VC | 10851 | AUTO THEFT | 83 | 05 | 07 | 84 | | X | | M | X | | | | | | (2) | 0 |

### 2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | | | 12022(b) | | | 12022.3(a) | | | 12022.3(b) | | | 12022.5 | | | 12022.6(a) | | | 12022.6(b) | | | 12022.7 | | | 12022.8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I |
| 23A | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| 24A | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| 25A | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| 26A | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| 27A | X | | | | | | | | | | | | X | | | | | | | | | | | | | | |

### 3. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: 0 0

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
ATTACHMENT FORM DSL 290-A

CRC (P)M
Pen. C. 1213.5.

DISTRIBUTION:    PINK COPY — COURT FILE.    YELLOW COPY — DEPARTMENT OF CORRECTIONS.    WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.