# EXHIBIT 11

Court of Appeal, Fourth Appellate District, Div. 1 - No. D049348
**S149284**

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re EUGENE ALVIN REAMS on Habeas Corpus

The petition for review is DENIED.

SUPREME COURT
**FILED**

MAR 1 4 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

**GEORGE**
Chief Justice