```
EUGENE ALVIN REAMS  C-90508
P.O. BOX 689         GW-343U
SOLEDAD, CA          93960-0689
    Petitioner In pro per
```



FILED

08 MAR 19 PM 12:49

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALVIN REAMS,<br>　　Petitioner,<br><br>　　v.<br><br>A.P. KANE, Warden, et al.,<br>　　Respondents. | Case No.  C 07-3610 WHA (PR)<br><br>MOTION/REQUEST TO FILE<br>CITATION OF SUPPLEMENTAL AUTHORITIES<br>IN ACCORDANCE WITH FRAP 28(j)<br><br>Judge  Honorable WILLIAM ALSUP<br>　　　　　U.S. District Judge |

PETITIONER, EUGEN ALVIN REAMS, C-90508, hereinafter Petitioner, respectfully submits this MOTION/REQUEST TO FILE CITATION OF SUPPLEMENTAL AUTHORITIES IN ACCORDANCE WITH FRAP 28(j).

Petitioner is a person in state custody, proceeding pro se [in pro per], and as he has no legal training whatsoever he requests this Honorable Court to liberally construe the aforementioned motion (ARCHULETA v. HEDRICK, (8th Cir. 2004) 365 F.3d 644).

SUPPLEMENTAL AUTHORITIES

1.) RYMAN v. SEARS, ROEBUCK AND CO., (9th Cir. 2007) 505 F.3d 993, 994, "[1] Today we reiterate the rule that when (1) a federal court is required to apply state law, and (2) there is no relevant precedent from the state's highest court, but (3) there is [italics in original] relevant precedent from the state's intermediate appellate court, the federal court must follow the state intermediate appellate court decision unless the federal court finds convincing evidence that the state's supreme court likely would not follow it."

2.) HAYWARD v. MARSHALL, 2008 DJDAR 93, 96, [citing In re Lee, 143 Cal.App.4th 1400, 1408] "For our purposes, then, "[t]he test is not whether some evidence supports the reasons the Governor cites for denying parole, but whether some evidence indicates a parolee's release unreasonably endangers public safety. Some

1

evidence of the existence of a particular factor, does not necessarily equate to some evidence that the parolee's release unreasonably endangers public safety." see also **In re Elkins**, 144 Cal.App.4th 475, 499 (Cal.Ct.App.3 2006) (holding that the "Governor in reviewing a suitability determination, must remain focused... on facts indicating that release currently poses an unreasonable risk of danger to society'" (citing Cal. Code Regs. tit. 15 § 2402(a))); **In re Scott**, 133 Cal.App.4th 573, 591, ("the factor statutorily required to be considered, and the overarching consideration is 'public safety'" (citing Penal Code § 3041(b))).

The supplemental authorities cited above are on point with, and relevant to, Petitioner's case (now pending before this court), because of the state appellate and 9th Circuit Appellate courts' determinations as to what the 'some evidence' refers.

The circumstances of Petitioner's offense of nearly 25 years ago, or his prior conduct, no longer amount to the requisite 'some evidence' required by state and federal law that he is currently an unreasonable risk of threat to public safety. And, as there is literally NOTHING in Petitioner's post conviction history that even suggests that he is a threat to public safety, and the Forensic Evidence before the board concludes that he is not, the decision reached by the Board of Parole Hearings, and subsequently upheld by the state courts, must be ruled to be an "Unreasonable Determination of the Facts based on the Evidence Presented."

Therefore, Petitioner moves this Honorable Court to EXPEDITIOUSLY grant his Petition for Writ of Habeas Corpus and provide him the relief sought therein.

Respectfully submitted this 15th day of March, 2008.

*Eugen Alvin Reams*

EUGENE ALVIN REAMS

//

//

DECLARATION OF SERVICE BY MAIL
(by a person in state custody)
(Fed.R.Civ.P.5; 28 U.S.C. § 1746)

RE: **REAMS v. KANE** Case No: C-07-**3610** WHA (PR)

I, **EUGENE ALVIN REAMS**, C-90508, declare: I am a resident of the State of California, County of Monterey. I am over the age of 18 years and I am a party to the within action. My residence address is P.O. BOX 689, Soledad, California, 93960-0689.

On March 17, 2008 I served the foregoing **MOTION/REQUEST TO FILE CITATION OF SUPPLEMENTAL AUTHORITIES IN ACCORDANCE WITH FRAP 28(j)** on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with first class postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

| Original + One Copy | One Copy |
|---|---|
| U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIF.<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | CALIFORNIA ATTORNEY GENERAL<br>D.A.G. PATRICIA WEBBER HEIM<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004 |

There is regular mail delivery by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2008, at Soledad, California.

*Eugene Alvin Reams*
EUGENE ALVIN REAMS
Petitioner in pro per

PLEASE FILE ACCORDING TO THE "MAILBOX RULE" HOUSTON V. LACK (1987) 108 S.Ct. 2379; KOCK V. RICKETTS (9th Cir. 1995) 68 F.3d 1191, ON THE DATE INDICATED ABOVE.