IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALVIN REAMS, | No. C 07-3610 WHA (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| A. P. KANE, Warden; and A. SCHWARZENEGGER, Governor, | |
| Respondents. / | |

Petitioner's motion for an extension of time to file his traverse (document number 4 on the docket) is **GRANTED**. The traverse is deemed timely.

**IT IS SO ORDERED.**

Dated: August  18 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\REAMS610.EXT-P.wpd