UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALVIN REAMS,<br><br>           Plaintiff,<br><br>   v.<br><br>A.P. KANE et al,<br><br>           Defendant.<br>_____/ | Case Number: CV07-03610 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Alvin Reams
#C-90508/ C-307-U
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: August 20, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk